UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

CITATION/CASE NO. __1866861__

U.S.A.
v.

MICHELE LYNN BAPTISTA

**ORDER TO PAY**

(this area intentionally left blank)

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✔) **FINE** of $ __1,190.00__     (✔) **Penalty ASSESSMENT** of $ __10.00__

( ) **PROCESSING Fee** of $ _____     for a **TOTAL AMOUNT** of $ __1,200.00__ ,

paid within _____ days / months  **OR** payments of $ __100.00__ per month, commencing

__2/1/2010__ and due on the __1st__ of each month until **PAID IN FULL - note late payments could be subject to late/delinquent charges imposed by C.V.B..**

(✔) REVIEW/Post Sentencing HEARING DATE: __12/7/2010__ at __1:30 p.m.__ a.m. / p.m. in Dept. __Yose__
( ) Compliance HEARING: : _____ at _____ a.m. / p.m. in Dept. _____
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
(✔) PROBATION to be unsupervised / supervised for: __12 months unsupervised probation; obey all laws; complete DUI Level 1 Program; don't drive until properly licensed and insured; don't drive with any measurable amount of alcohol in system and submit to any, and all, sobriety tests as required.__

Payments **must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):**

[ ] CENTRAL VIOLATIONS BUREAU
PO Box 70939
Charlotte, NC 28272-0939
1-800-827-2982

[ ] CLERK, U.S.D.C.
501 'I' St., #4-200
Sacramento, CA 95814

[✔] CLERK, U.S.D.C.
2500 Tulare St., Rm 1501
Fresno, CA 93721

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: __1/5/2010__                    __/s/ Michelle Means Rooney__
                                        for: U.S. MAGISTRATE JUDGE

EDCA - Rev 4/2007